UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DLJ MORTGAGE CAPITAL, INC.<br><br>    **Plaintiff**<br><br>v.<br><br>KEVIN M. MORNEAULT<br><br>    **Defendant,**<br><br>    And<br><br>ATLANTIC CREDIT AND FINCANCE, INC., CAPTIAL ONE BANK USA, N.A., and LEE'S CONCRETE, INC.<br><br>    **Parties-In-Interest** | |
| KEVIN M. MORNEAULT<br><br>    **Counterclaim Plaintiff**<br><br>v.<br><br>DLJ MORTGAGE CAPTIAL, INC. and FEDERAL NATIONAL MORTGAGE ASSOCIATION<br><br>    **Counterclaim Defendants** | Case No. 1:24-cv-00416-LEW |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT**

    The undersigned Brett Baber hereby moves for leave to withdraw as counsel for the defendant and counterclaim plaintiff Kevin M Morneault on the grounds that health issues encountered by the undersigned make it impossible to continue his representation. Said defendant and counterclaim plaintiff will continue to be represented by Thomas A Cox, Esq.

DATED: June 23, 2025

      /s/ Brett Baber
Brett Baber, Esq. Me. Bar No. 3143
*Attorney for Defendant and Counterclaim Plaintiff Kevin Morneault*

Russell Johnson & Beaupain
175 Exchange Street
Bangor, ME 04401
(207) 942-7110
Brett@rjb.law